# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** Case No. 14-4023

**Caption [use short title]**

**Motion for:** Extension of Time to File the Appellees' Brief up to and through June 12, 2016

Ultegra, LLC, et al vs. Mystic Fire District, et al

**Set forth below precise, complete statement of relief sought:**

Appellees seek an additional sixty (60) days to submit their brief, up to and including June 12, 2016. The undersigned and his law partner are currently on trial in a wrongful death medical malpractice action in New Haven Superior Court. The Jury trial is expect to last through April 21, 2016. This trial was moved from January 4, 2016 at the request of a co-defendant.

**MOVING PARTY:** Appellees, Mystic Fire District, et al
**OPPOSING PARTY:** Ultegra, LLC, et al.

☐ Plaintiff  ☑ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Michael C. Deakin
**OPPOSING ATTORNEY:** Bruce Raymond

[name of attorney, with firm, address, phone number and e-mail]

Deakin Edwards & Clark LLP (203) 387-5100
245 Amity Road, Suite 200, Woodbridge, CT
06525; mdeakin@deakinedwardsclark.com

Raymond Law Group, LLC (860) 633-0580
90 National Drive Suite 3
Glastonbury, Connecticut 06033

**Court-Judge/Agency appealed from:** USDC - District of Connecticut (Hartford) District Judge Michael Shea

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Michael C. Deakin    **Date:** 3/29/2016    **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)