# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of April, two thousand and sixteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

Ultegra LLC, Gretchen Chipperini,

     Plaintiffs - Appellants,

Inge Chipperini,

     Plaintiff,

v.

Mystic Fire Dist, *et al.*,

     Defendants - Appellees,

Town of Groton, *et al.*,

     Defendants.
_____

**ORDER**

Docket No. 14-4023

     Appellee requests an extension of time until June 12, 2016 to file a brief and appendix.

     IT IS HEREBY ORDERED that an extension of time is GRANTED until June 13, 2016. However, this case cannot remain pending indefinitely. Therefore, no further extensions will be granted. The clerk is instructed to treat this case as ready for calendaring as of June 13, 2016 whether or not appellee's brief has been filed. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  For the Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

